IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**KOMILJON TOIROV,**<br><br>Defendant. | CRIMINAL NO. 25-1801 JHR<br><br>Count 1: 8 U.S.C. §1325(a)(1):<br>Illegal Entry Without Inspection<br><br>Count 2: 50 U.S.C. § 797 (Class A Misdemeanor): Penalty for Violation of Security Regulations<br><br>Count 3: 18 U.S.C. § 1382: Entering Military Property. |

FILED UNITED STATES DISTRICT COURT LAS CRUCES, NEW MEXICO MAY 29 2025 MITCHELL R. ELFERS CLERK OF COURT

## INFORMATION

The United States Attorney charges:

On or about May 4, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **KOMILJON TOIROV**, who was then and there an alien, did knowingly and unlawfully enter the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

### Count 2

On or about May 4, 2025 in Doña Ana County, in the District of New Mexico, the defendant, **KOMILJON TOIROV**, willfully violated the order issued on April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander designating the New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a restricted area and a controlled

area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

### Count 3

On or about May 4, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **KOMILJON TOIROV**, entered any military reservation, post, fort, arsenal, station, and installation, specifically, the New Mexico National Defense Areas, also known as the Roosevelt Reservation, which had been designated both a restricted area and a controlled area pursuant to U.S. Army Regulation 190-13 by the U.S. Army Garrison Fort Huachuca military commander, for any purpose prohibited by law or lawful regulation, specifically, 8 U.S.C. § 1325(a)(1), illegal entry without inspection.

In violation of 18 U.S.C. 1382.

RYAN ELLISON
United States Attorney

*[signature]*

GRANT GARDNER
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM  88001
(575) 522-2304