IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 25-CR-1801-JHR |
| ) | |
| KOMILJON TOIROV, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES' NOTICE OF APPEAL OF RELEASE

Pursuant to 18 U.S.C. § 3145(a), the United States hereby gives notice of its intent to seek review of United States Magistrate Judge Jerry H. Ritter's May 29, 2025, decision to release the defendant in the above-captioned matter. The Court indicated on the record that the order of release would be stayed pending appeal, and the United States will be filing a brief in support.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*Electronically Filed 5/29/25*
GRANT GARDNER
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*Electronically Filed 5/29/25*
GRANT GARDNER
Assistant U.S. Attorney