IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                       Case No.   CR 25-1801 JHR

KOMILJON TOIROV,

    Defendant.

## ORDER OF RELEASE

**THIS MATTER** came before the Court for a Detention Hearing on May 29, 2025. The Court, having heard from all the parties, and being fully advised, FINDS, that Defendant can be released on his own recognizance.

This release order shall become effective at **2:30 p.m. MST on Friday, May 30, 2025,** unless the United States files an appeal with the District Judge.

**IT IS SO ORDERED.**

_____
**JERRY H. RITTER**
**UNITED STATES MAGISTRATE JUDGE**