# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

### CLERK'S MINUTES
### BEFORE THE HONORABLE SARAH M. DAVENPORT

**CASE NO.:  25-1801JHR**　　　　　　　　**DATE:  6/18/2025**

**TIME IN COURT: 1 HOUR 19 MINUTES**

**TITLE:  UNITED STATES V. TOIROV**

**COURTROOM CLERK:  A. NANEZ**　　　　**COURT REPORTER:  F. SANCHEZ**

( ) ALBUQUERQUE  ( X ) LAS CRUCES  ( ) SANTA FE  ( ) ROSWELL

( ) BENCH WARRANT ORDERED　　　　**INTERPRETER: SANJAR BABADJANOV (UZBEK)**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**　　**ATTORNEYS PRESENT FOR DEFENDANT(S):**
　RICHARD WILLIAMS　　　　　　　　　　　AMANDA SKINNER
　GRANT GARDNER

**TYPE OF PROCEEDING:**  APPEAL OF RELEASE ORDER

**EVIDENTIARY:**　　　**NO**

**PROCEEDINGS:**

**11:36 AM-COURT IN SESSION**

COUNSEL ENTERS APPEARANCES

COURT ASKS THE GOVERNMENT FOR INFORMATION REGARDING THE ELEMENTS OF THE CHARGES.

GOVERNMENT AND DEFENSE RESPOND

COURT IS AFFIRMING THE RELEASE OF THE DEFENDANT.

GOVERNMENT REQUEST A STAY ON THE DEFENDANTS RELEASE.

**12:49 PM- COURT IS IN RECESS**

**1:12 PM -COURT IN SESSION**

GOVERNMENT WITHDRAWS THE REQUEST FOR THE STAY

**1:17 PM- COURT IS IN RECESS**