IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Crim. No. 25-1801 SMD |
| vs. | ) | |
| KOMILJON TOIROV, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Tenth Circuit, pursuant to 18 U.S.C. § 3731, from the Order of Release entered in this case on June 18, 2025 (Doc. 16).

Respectfully Submitted,

RYAN ELLISON
United States Attorney

_____
GRANT B. GARDNER
JACKSON K. DERING V
Assistant U.S. Attorneys
200 N. Church Street
Las Cruces, New Mexico 88001

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 3, 2025, I filed the foregoing electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

*Electronically filed*
GRANT B. GARDNER
Assistant United States Attorney