IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No. 25-1801 SMD |
| vs. ) | |
| ) | |
| KOMILJON TOIROV, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Tenth Circuit, pursuant to 18 U.S.C. § 3731, from the Order of Release entered in this case on June 18, 2025 (Doc. 16).[1]

        Respectfully Submitted,

        RYAN ELLISON
        United States Attorney

        _____
        GRANT B. GARDNER
        JACKSON K. DERING V
        Assistant U.S. Attorneys
        200 N. Church Street
        Las Cruces, New Mexico 88001

---

[1] This notice was originally filed on July 3, 2025. *See* Doc. 23. Pursuant to the instructions of the clerk's office, however, this notice is now being re-filed so that it is properly classified in CM/ECF as a "Notice of Appeal – Interlocutory" event.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 7, 2025, I filed the foregoing electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

      *Electronically filed*
GRANT B. GARDNER
Assistant United States Attorney