# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA.**

    **Plaintiff,**

**v.**                                                                **Case No. 25-CR-1801 SMD**

**KOMILJON TOIROV,**

    **Defendant.**

## REPLY TO GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now the Defendant, Komiljon Toirov, through his attorneys of record, Assistant Federal Public Defenders Darren Robinson and Amanda Skinner, and replies to the Government's Response to the Court's Order to Show Cause (Doc. 22) in this case. (Doc. 26)[1]

Undersigned counsel are aware that Mr. Toirov has been taken into ICE custody and that the Government's appeal of the release order is pending at the Tenth Circuit. *See* (Docs. 24, 25, 27). This Court has now vacated the trial setting in this matter due to the Government's appeal to the Tenth Circuit. *See* (Docs. 24 and 28). Mr. Toirov continues to demand a speedy trial and requests a new trial setting in this matter as soon as practicable.

Wherefore, Mr. Toirov respectfully requests a new trial setting in this matter as soon as practicable.

---

[1] Undersigned counsel acknowledges this reply is filed one day past the deadline set by the Court. *See* (Doc. 22). Assistant United States Attorney Grant Gardener does not oppose Mr. Toirov filing this document so the Defendant's position is on the record.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
506 S Main Street, Suite 400
Las Cruces, NM 88001
(575) 527-6930

***Electronically filed (July 16, 2025)***
By: */s/ Darren Robinson*
Darren Robinson
Assistant Federal Public Defender

By: */s/ Amanda Skinner*
Amanda Skinner
Assistant Federal Public Defender