FILED  
United States Court of Appeals  
Tenth Circuit  

**July 29, 2025**

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

  Plaintiff - Appellant,

v.

KOMILJON TOIROV,

  Defendant - Appellee.

No. 25-2074  
(D.C. No. 2:25-CR-01801-SMD-1)  
(D. N.M.)

---

**ORDER**

---

Before **HOLMES**, Chief Judge, **BACHARACH**, and **CARSON**, Circuit Judges.

---

    This matter is before the court sua sponte. Having considered the government's memorandum brief and the defendant's response brief, we remand this matter to the district court for the limited purpose of entering alternative 18 U.S.C. § 3142 findings under the assumption that the government's interpretation of 18 U.S.C. § 1382 and 50 U.S.C. § 797(a)(1) is correct. This court will retain jurisdiction of the appeal pending the district court's findings on limited remand, which must be certified to this court as a supplemental record. Upon receipt of that supplemental record, the court will issue further instructions to the parties as appropriate.

The government's motion to file a reply brief will be considered after the supplemental record is filed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk