IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 25-CR-1801 SMD |
| | ) | |
| KOMILJON TOIROV, | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

The defendant having been arraigned in this matter, the Court imposes the following deadlines and trial date.

**September 25, 2025:**   Deadline to notify the Court that the defendant will plead guilty pursuant to a plea agreement;

**OR**

Pretrial Motions and notices including: motions pursuant to Fed.R. Crim P. Rule 12(b)(3), motions *in limine*, *Daubert* Motions, Fed. R. Evid. 404(b) and 609 notices, *James* motions;

**September 25, 2025:**   Exhibit lists, witness lists, and responses to pretrial motions due;

**October 2, 2025:**   Objections to exhibits and witnesses, and replies to pretrial motion responses due;

**October 9, 2025:**   Proposed *voir dire*, and jury instructions, including *Praecipe* and any objections to stock instructions along with proposed instructions and memoranda in support thereof, due;

**October 14, 2025:**   **Pre-trial Conference at 9:30 a.m.**; Jury Evidence Recording System (JERS) device due by close of business;

**October 20, 2025:**   **Jury Selection/Trial at 9:00 a.m.**

The Court further orders that the United States shall make available to the defendant by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972), and the Jencks Act, 18 U.S.C. § 3500.

_____
SARAH M. DAVENPORT,
UNITED STATES DISTRICT JUDGE