IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| Plaintiff,    ) | |
| )  | Crim. No. 25-1801 SMD |
| vs.    ) | |
| )  | |
| KOMILJON TOIROV,    ) | |
| )  | |
| Defendant.    ) | |

<u>NOTICE OF APPEAL</u>

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Tenth Circuit, pursuant to 18 U.S.C. § 3731, from the Amended Order of Release entered in this case on September 5, 2025 (Doc. 37).

                                                    Respectfully Submitted,

                                                    RYAN ELLISON
Acting United States Attorney

_____
GRANT B. GARDNER
JACKSON K. DERING V
Assistant U.S. Attorneys
200 N. Church Street
Las Cruces, New Mexico 88001

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 24, 2025, I filed the foregoing electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

                                                 *Electronically filed*
                                                 GRANT B. GARDNER
                                                 Assistant United States Attorney