**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Sarah M. Davenport**

**CASE NO.:**    **25-1801SMD**                    **DATE:** **12/10/2025**

**Time in court:  10 minutes**

**TITLE:**   **United States v. Toirov**

**COURTROOM CLERK: ANNETTE NANEZ**          **COURT REPORTER:**  **Fatima Sanchez**

( ) Albuquerque   ( X) Las Cruces   ( ) Santa Fe   ( ) Roswell

( ) Bench warrant ordered          **INTERPRETER:** N/A

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**
  **Richard Williams**                              **Darren Robinson**
                                                    **Amanda Skinner**

**TYPE OF PROCEEDING:**   **Status Conference**

**EVIDENTIARY:**          **No**

**PROCEEDINGS:**

**10:47-Court in Session**

**Parties enter their appearance**

**Court- 28 days left on the speedy trial clock**

**Williams-Jurisdiction will resume on January 2, 2026**

**Robinson- no objection**

**Court- Bench Trial for 1 day is scheduled for January 21st**

**10:57 am- Court is in Recess**