IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KOMILJON TOIROV, )<br>)<br>Defendant. ) | CRIMINAL NO. 25-1801-SMD |

**UNITED STATES' UNOPPOSED MOTION TO
DISMISS COUNTS 2 AND 3 OF THE INFORMATION**

The United States respectfully requests that this Court dismiss Counts 2 and 3 of the Information against Defendant, and in support states:

1. In Counts 2 and 3 of the Information, the government has charged Defendant with violating 50 U.S.C. § 797 and 18 U.S.C. § 1382. *See* Information, Doc. 6.

2. This Court has stated that it "agrees with and has adopted United States Chief Magistrate Gregory B. Wormuth's legal analysis and conclusions as to the mens rea and element requirements to prove each of these counts" as set forth in Doc. 4 in this case. *See* Alternative Findings as to the Court's June 18, 2025, Order of Release, Doc. 35, at 1 n.1; *see also* Order of Release, Doc. 16, at 1 (expressing agreement with Judge Wormuth's interpretation). It has also expressed the same view of the statutes' elements elsewhere. *See, e.g.*, *United States v. Rozlkova*, No. 2:25-cr-01867-SMD, Order Denying Government's Motion for Determination of Elements or Dismissal of Counts 2 and 3, Doc. 40, at 40 (referring to mens rea requirement for the military trespass charges, and stating that "[t]he Court maintains its adoption of the requirements as set forth in Judge Wormuth's Order and its intent to instruct the jury consistent therewith").

3. As this Court has noted, the government has conceded that it cannot prove the two pending charges in this case if it must bear the burden of proving the mens rea element of each statute under the interpretation of those elements that this Court has adopted. *See* Doc. 35, at 1–2. This Court said that "the government's case is fatally flawed." *Id.* at 2.

4. As this Court has noted, the government has offered a different interpretation of the statutes. *See* Doc. 35, at 1 n.1. The government believes that it would be able to prove Defendant guilty of Counts 2 and 3 if its interpretation of the mens rea requirements were adopted.

5. If this Court still maintains its previously expressed interpretation of 50 U.S.C. § 797 and 18 U.S.C. § 1382, then the Government respectfully requests that this Court dismiss Counts 2 and 3 of the Information without prejudice.

6. If the Court grants this motion, the government will consider seeking appellate review of this Court's interpretation of 50 U.S.C. § 797 and 18 U.S.C. § 1382 in the Tenth Circuit.

7. Defense counsel, Amanda Skinner, has been contacted and states that Defendant is unopposed to the government's request to dismiss Counts 2 and 3 of the Information against Mr. Toirov without prejudice.

The United States therefore respectfully requests that this Court grant this Motion and enter an order dismissing Counts 2 and 3 of the Information without prejudice.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

RYAN ELLISON
First Assistant United States Attorney

_____
GRANT B. GARDNER
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I
electronically filed the foregoing using
the CM/ECF system which will send notification to
defense counsel of record by electronic means.

*<u>Electronically Filed</u>*
GRANT B. GARDNER
Assistant United States Attorney