IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 25-CR-1801 SMD |
| | ) | |
| KOMILJON TOIROV, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING COUNTS 2 AND 3 OF THE INFORMATION

This Court, having reviewed the United States' Unopposed Motion to Dismiss Counts 2 and 3 of the Information (Doc. 63), finds that the motion is well-taken.

**IT IS THEREFORE ORDERED** that the motion (Doc. 63) is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts 2 and 3 of the Information (Doc. 6) are **DISMISSED WITHOUT PREJUDICE**.

In granting this Order, the Court does not adopt the United States' interpretation that the Court's prior commentary on the elements in this case is a final Order subject to appeal.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE