IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                          No. 2:25-cr-1801-SMD

KOMILJON TOIROV,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Tenth Circuit, under 18 U.S.C. § 3731, from the Order Dismissing Counts 2 and 3 of the Information, entered on January 21, 2026 (Doc. 64).

                                                                  Respectfully submitted,

                                                                  TODD BLANCHE
Deputy Attorney General

RYAN ELLISON
First Assistant United States Attorney

*/s/ Grant B. Gardner*
GRANT B. GARDNER
Assistant United States Attorney
200 North Church Street
Las Cruces, New Mexico 88001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2026, I filed the foregoing through the CM/ECF system, which is designed to cause counsel of record for the Defendant to be served by electronic means.

*/s/ Grant B. Gardner*
GRANT B. GARDNER
Assistant United States Attorney