APPEAL,EWI+,INTERPRETER,LOTS,RELEASE

# U.S. District Court
# United States District Court – District of New Mexico (Las Cruces)
# CRIMINAL DOCKET FOR CASE #: 2:25−cr−01801−SMD−1

Case title: USA v. Toirov

Magistrate judge case number: 2:25−mj−01320−GBW

Date Filed: 05/29/2025

Date Terminated: 01/21/2026

Assigned to: District Judge Sarah M Davenport

Appeals court case numbers: 25−2074 USCA, 25−2109 USCA

**Defendant (1)**

**Komiljon Toirov**
*TERMINATED: 01/21/2026*

represented by **Darren Robinson**
Federal Public Defenders Office
District of New Mexico, Las Cruces Office
506 S. Main St.
Suite 400
Las Cruces, NM 88001
575−527−6930
Fax: 575−527−6933
Email: darren_robinson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Amanda Skinner**
Federal Public Defender
Las Cruces Office
506 S. Main Street, Suite 400
Las Cruces, NM 88001
575−527−6930
Fax: 575−527−6933
Email: amanda_skinner@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

**Disposition**

CBOP time served, SPA waived

8:1325(a)(1) Illegal Entry Without Inspection
(1)

**Highest Offense Level (Opening)**

Petty Offense

| **Terminated Counts** | **Disposition** |
|---|---|
| 50:797 (CLASS A MISDEMEANOR): PENALTY FOR VIOLATION OF SECURITY REGULATIONS (2) | Dismissed |
| 18:1382: ENTERING MILITARY PROPERTY (3) | Dismissed |

**Highest Offense Level (Terminated)**

Misdemeanor

| **Complaints** | **Disposition** |
|---|---|
| 8:1325(a)(1) Illegal Entry Without Inspection | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Grant Gardner**<br>DOJ–USAO<br>200 N Church Street<br>Las Cruces, NM 88001<br>575–640–6033<br>Fax: 575–522–2391<br>Email: grant.gardner@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Paige Messec**<br>U.S. Attorney's Office<br>201 Third Street, N.W.<br>Suite 900<br>Albuquerque, NM 87102<br>505–224–1501<br>Fax: 505–346–7296<br>Email: paige.messec@usdoj.gov<br>*TERMINATED: 01/16/2026* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jackson Kemper Dering**
DOJ−USAO
200 N Church Street
Las Cruces, NM 88001
480−298−0828
Fax: 575−522−2391
Email: jackson.dering@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2025 | | Arrest of Komiljon Toirov (rh) [2:25−mj−01320−GBW] (Entered: 05/07/2025) |
| 05/07/2025 | | Hearing as to Komiljon Toirov: Initial Appearance set for 5/8/2025 at 09:01 AM in Las Cruces − 340 Sierra Blanca Courtroom (North Tower) before Chief Magistrate Judge Gregory B. Wormuth. (rh) [2:25−mj−01320−GBW] (Entered: 05/07/2025) |
| 05/08/2025 | 1 | COMPLAINT as to Komiljon Toirov. (nr) [2:25−mj−01320−GBW] (Entered: 05/08/2025) |
| 05/08/2025 | | Attorney update in case as to Komiljon Toirov. Attorney Grant Gardner for USA added. (nr) [2:25−mj−01320−GBW] (Entered: 05/08/2025) |
| 05/08/2025 | 2 | Clerk's Minutes for proceedings held before Chief Magistrate Judge Gregory B. Wormuth: Status Conference as to Komiljon Toirov held on 5/8/2025 (Recording Info: LCR: Sierra Blanca) (nr) [2:25−mj−01320−GBW] (Entered: 05/08/2025) |
| 05/08/2025 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Darren Robinson for Komiljon Toirov by Chief Magistrate Judge Gregory B. Wormuth (nr) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [2:25−mj−01320−GBW] (Entered: 05/08/2025) |
| 05/19/2025 | 4 | MEMORANDUM OPINION AND ORDER (ORDER DISMISSING CHARGES) by Chief Magistrate Judge Gregory B. Wormuth as to Komiljon Toirov. (vrr) [2:25−mj−01320−GBW] (Entered: 05/19/2025) |
| 05/23/2025 | 5 | NOTICE OF HEARING as to Komiljon Toirov:Initial Appearance/Detention/Change of Plea Hearing set for 5/29/2025 at 01:30 PM in Las Cruces − 320 Tortugas Courtroom (North Tower) before Magistrate Judge Jerry H. Ritter. (rh) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [2:25−mj−01320−GBW] (Entered: 05/23/2025) |
| 05/29/2025 | 6 | INFORMATION − MISDEMEANOR as to Komiljon Toirov (1) count(s) 1, 2, 3. (nr) (Entered: 05/29/2025) |
| 05/29/2025 | 7 | NOTICE *UNITED STATES' NOTICE OF APPEAL OF RELEASE* by USA as to Komiljon Toirov (Gardner, Grant) (Entered: 05/29/2025) |
| 05/29/2025 | 8 | Clerk's Minutes for proceedings held before Magistrate Judge Jerry H. Ritter: Initial Appearance/Arraignment/Detention/Change of Plea/Sentencing held on 5/29/2025 as to Komiljon Toirov. Defendant arraigned on Counts 1,2,3. Parties agree there is no |

| | | |
|---|---|---|
| | | need for a standard Discovery Order. Not Guilty Plea entered to Counts 2 & 3. Guilty Plea entered to Count 1 only. Defense counsel proffers for time served sentence. Government has no objection to time served sentence. SENTENCE IMPOSED as to Count(s) 1: CBOP time served, SPA waived. Defendant advised of appeal rights. Defense counsel orally moves for defendant's release. Court sets O/R bond for defendant, but will hold in abeyance for 24 hours should the Government seek an appeal. (AUSA: Joni Stahl) (Defense: Darren Robinson) (Recording Info: LCR Tortugas 1:52 p.m.–1:56; 2:09–2:37 p.m.) (Interpreter: Sanjar Babadjanov) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (vrr) (Entered: 05/29/2025) |
| 05/29/2025 | 9 | ORDER OF RELEASE by Magistrate Judge Jerry H. Ritter as to Komiljon Toirov. (vrr) (Entered: 05/29/2025) |
| 06/03/2025 | 10 | NOTICE OF HEARING as to Komiljon Toirov: Appeal of Release Order set for 6/18/2025 at 11:15 AM in Las Cruces – 420 Mimbres Courtroom (North Tower) before District Judge Sarah M Davenport. Government Briefing due 6/6/2025 and Defense response due 6/13/2025.[*Interpreter Needed*](arn) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 06/03/2025) |
| 06/03/2025 | 11 | NOTICE OF ATTORNEY APPEARANCE Jackson Kemper Dering appearing for USA. *(Co–Counsel)* (Dering, Jackson) (Entered: 06/03/2025) |
| 06/04/2025 | | Attorney update in case as to Komiljon Toirov. Attorney Jackson Kemper Dering for USA added. (nr) (Entered: 06/04/2025) |
| 06/05/2025 | 12 | NOTICE OF ATTORNEY APPEARANCE: Amanda Skinner appearing for Komiljon Toirov *as Co–Counsel* (Skinner, Amanda) (Entered: 06/05/2025) |
| 06/05/2025 | | Attorney update in case as to Komiljon Toirov. Attorney Amanda Skinner for Komiljon Toirov added. (nr) (Entered: 06/06/2025) |
| 06/06/2025 | 13 | BRIEF by USA as to Komiljon Toirov 7 Notice (Other) filed by USA (Dering, Jackson) (Entered: 06/06/2025) |
| 06/12/2025 | 14 | RESPONSE by Komiljon Toirov re 13 Brief *in Support of Appeal of Detention Order* (Robinson, Darren) (Entered: 06/12/2025) |
| 06/18/2025 | 15 | Clerk's Minutes for proceedings held before District Judge Sarah M Davenport: Appeal of Release Order as to Komiljon Toirov held on 6/18/2025 (Court Reporter: Fatima Sanchez) (Interpreter: Sanjar Babadjanov (Uzbek)) (jn) (Entered: 06/18/2025) |
| 06/18/2025 | 16 | ORDER of Release by District Judge Sarah M Davenport as to Komiljon Toirov. Defendant can be released on his own recognizance. (jn) (Entered: 06/18/2025) |
| 06/20/2025 | 17 | TRANSCRIPT of Proceedings as to Komiljon Toirov held on June 18, 2025, before District Judge Sarah M. Davenport. Official Court Reporter Fatima M. Sanchez, Telephone number 575–528–1446. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Official Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed** |

| | | |
|---|---|---|
| | | **during this seven−day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at https://www.nmd.uscourts.gov.** <br><br> Notice of Intent to Request Redaction set for 6/27/2025. Redaction Request due 7/11/2025. Redacted Transcript Deadline set for 7/21/2025. Release of Transcript Restriction set for 9/18/2025.(fms) (Entered: 06/20/2025) |
| 06/23/2025 | 18 | ORDER SEVERING COUNTS by Magistrate Judge Jerry H. Ritter as to Komiljon Toirov (1) <br><br> This matter is before the Court upon Defendant's entry of a guilty plea to Count 1 of the pending Information. The information also charges Defendant with additional charge(s) alleging that Defendant illegally entered a military area (50 U.S.C. § 797 and/or 18 U.S.C. § 1382). This Court has concluded that the elements of the additional charge(s) include that Defendant knowingly entered the military area. Considering both the factual allegations in the Criminal Complaint and any subsequent reliable factual proffer from the United States, the Court finds that the evidence of knowledge is insufficient to establish probable cause on that element. Therefore, the additional charge(s) in the pending Information appear to be fatally deficient. <br><br> Given this deficiency, permitting the pending charge(s) to remain joined to Count 1 is prejudicial to Defendant. The likely reasonable sentence for Count 1 under 18 U.S.C. § 3553 will be less than the time which would pass pending trial on the remaining charges. To address that unfairness, the Court may release Defendant pending resolution of the remaining count(s). However, based on Defendant's pending immigration detainer, if Defendant is released pending trial, the United States has indicated that it intends to immediately remove or deport Defendant from the country. The United States does not stay such removal/deportation to permit Defendant's appearance at trial on the remaining count(s). Consequently, if Defendant is released pending trial on the remaining count(s), continued joinder may prevent the finality of an entry of judgment on Count 1. <br><br> Given the unavoidable prejudice to Defendant if Count 1 remains joined with the remaining count(s), pursuant to Fed. R. Crim. P. 14(a), the Court hereby severs Count 1 from the remaining count(s). <br> [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.]. (Entered: 06/23/2025) |
| 06/23/2025 | 19 | **JUDGMENT [as to Count 1 ONLY]** as to Komiljon Toirov by Magistrate Judge Jerry H. Ritter; <br> USM Number: 80228−511. <br> Defendant's Attorney: Darren Robinson. <br> Defendant pleaded guilty to count(s): Information. <br> The defendant is adjudicated guilty of this offense: **8:1325(a)(1) Illegal Entry Without Inspection**. Offense Ended **5/4/2025**. <br> Upon the government's oral motion to remit the payment of the Special Assessment, such assessment is hereby ordered remitted. <br> Date of imposition of Judgment: **5/29/2025**. |

|  |  |  |
|---|---|---|
|  |  | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **26 days or time served.**<br>It is further ordered that the defendant shall be given credit for any time spent in official detention in connection with the case pursuant to 18 U.S.C. 3585. As this is a Class B misdemeanor conviction, the sentencing guidelines do not apply. Within fourteen (14) days of the entry of the judgment, you have the right to appeal the final sentence of the court.<br>The defendant is remanded to the custody of the United States Marshal.<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED](rh) (Entered: 06/23/2025) |
| 06/23/2025 | 20 | PLEASE TAKE NOTICE that this case has been reassigned to District Judge Sarah M Davenport.<br><br>The first page of each document must have the case file number and initials of the assigned judge. *Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.* Kindly reflect this change in your filings.<br><br>Magistrate Judge Jerry H. Ritter no longer assigned to this case.<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (rh) (Entered: 06/23/2025) |
| 06/26/2025 | 21 | NOTICE OF HEARING as to Komiljon Toirov: Call of the Calendar set for 7/17/2025 at 01:30 PM in Las Cruces – 420 Mimbres Courtroom (North Tower) before District Judge Sarah M Davenport. Jury Selection/Trial set for 8/4/2025 at 09:00 AM in Las Cruces – 420 Mimbres Courtroom (North Tower) before District Judge Sarah M Davenport. (arn)<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 06/26/2025) |
| 06/26/2025 | 22 | ORDER TO SHOW CAUSE as to Komiljon Toirov by District Judge Sarah M Davenport (arn) (Entered: 06/26/2025) |
| 07/03/2025 | 23 | ***Filed In Error***NOTICE *OF APPEAL* by USA as to Komiljon Toirov re 16 Order (Gardner, Grant) Modified text–wrong event on 7/7/2025 (ac). (Entered: 07/03/2025) |
| 07/07/2025 | 24 | NOTICE OF APPEAL (Interlocutory) by USA as to Komiljon Toirov re 16 Order. (Filing Fee – Waived) (Gardner, Grant) (Entered: 07/07/2025) |
| 07/07/2025 | 25 | Transmission of Preliminary Record as to Komiljon Toirov to US Court of Appeals re 24 Notice of Appeal – Interlocutory (Attachments: # 1 Preliminary Record)(ac) (Entered: 07/07/2025) |
| 07/08/2025 | 26 | RESPONSE by USA as to Komiljon Toirov re 22 Order to Show Cause (Gardner, Grant) (Entered: 07/08/2025) |
| 07/09/2025 | 27 | USCA Information Letter with Case Number as to Komiljon Toirov 25–2074 for 24 Notice of Appeal – Interlocutory filed by USA. (ac) (Entered: 07/09/2025) |
| 07/15/2025 | 28 | ORDER by District Judge Sarah M Davenport as to Komiljon Toirov. IT IS FURTHER ORDERED that the court vacates the Call of the Calendar on July17, 2025, and the trial setting for August 4, 2025 (jn) (Entered: 07/15/2025) |

| 07/16/2025 | 29 | REPLY by Komiljon Toirov re 22 Order to Show Cause, 26 Response *to Order to Show Cause* (Robinson, Darren) (Entered: 07/16/2025) |
|---|---|---|
| 07/29/2025 | 30 | ORDER by District Judge Sarah M Davenport as to Komiljon Toirov. By the close of business July 31, 2025, the Parties are ordered to submit a joint status report indicating their calculation of the Speedy Trial deadline for this case, paying particular attention to the provisions of 18 USC §§ 3161(c)(1) and (h)(1)(D), (H), and any other applicable provisions related to Speedy Trial deadlines, and their proposed trial dates. (arn) [THIS IS A TEXT ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 07/29/2025) |
| 07/29/2025 | 31 | ORDER OF USCA remanding this matter to the District Court for limited purposes as to Komiljon Toirov re 24 Notice of Appeal – Interlocutory (cer) (Entered: 07/29/2025) |
| 07/29/2025 | 32 | ORDER by District Judge Sarah M Davenport as to Komiljon Toirov. By the close of business July 31, 2025, the United States is ordered to submit a signed, sworn affidavit stating whether the defendant remains in ICE custody or has been removed, and if he remains in ICE custody at the time of the filing, whether a removal date has been scheduled, and if so, when the defendant is scheduled to be removed from the United States. (arn) [THIS IS A TEXT ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 07/29/2025) |
| 07/31/2025 | 33 | STATUS REPORT *JOINT STATUS REPORT REGARDING SPEEDY TRIAL DEADLINE* by USA as to Komiljon Toirov (Gardner, Grant) (Entered: 07/31/2025) |
| 07/31/2025 | 34 | AFFIDAVIT by USA as to Komiljon Toirov (Gardner, Grant) (Entered: 07/31/2025) |
| 08/01/2025 | 35 | ALTERNATIVE FINDINGS AS TO THE COURT'S JUNE 18, 2025 ORDER OF RELEASE by District Judge Sarah M Davenport (arn) Modified as to Document Type on 8/7/2025 (kw). (Entered: 08/01/2025) |
| 08/20/2025 | 36 | MANDATE of USCA as to Komiljon Toirov re 24 Notice of Appeal – Interlocutory (Attachments: # 1 Order and Judgment)(jjs) (Entered: 08/20/2025) |
| 09/05/2025 | 37 | AMENDED ORDER OF RELEASE by District Judge Sarah M Davenport as to Komiljon Toirov. (arn) (Entered: 09/05/2025) |
| 09/09/2025 | 38 | NOTICE OF HEARING as to Komiljon Toirov: Status Conference set for 9/11/2025 at 11:00 AM in Las Cruces – 420 Mimbres Courtroom (North Tower) before District Judge Sarah M Davenport. (arn) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/09/2025) |
| 09/09/2025 | 39 | NOTICE OF HEARING as to Komiljon Toirov: Jury Selection/Trial set for 10/21/2025 at 09:00 AM in Las Cruces – 420 Mimbres Courtroom (North Tower) before District Judge Sarah M Davenport. [*Interpreter Needed*](arn) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/09/2025) |
| 09/11/2025 | 40 | SCHEDULING ORDER by District Judge Sarah M Davenport as to Komiljon Toirov (jn) (Entered: 09/12/2025) |
| 09/11/2025 | 43 | Clerk's Minutes for proceedings held before District Judge Sarah M Davenport: Call of the Calendar as to Komiljon Toirov held on 9/11/2025. Jury Selection/Jury Trial is scheduled for 10/20/2025. (Court Reporter: Fatima Sanchez) (arn) [THIS IS A TEXT ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/15/2025) |

| | | |
|---|---|---|
| 09/15/2025 | 41 | NOTICE OF HEARING as to Komiljon Toirov: Pretrial Conference set for 10/14/2025 at 09:30 AM in Las Cruces – 420 Mimbres Courtroom (North Tower) before District Judge Sarah M Davenport. [*Interpreter Needed*](arn) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/15/2025) |
| 09/15/2025 | 42 | AMENDED NOTICE OF HEARING as to Komiljon Toirov: Jury Selection/Trial set for 10/20/2025 at 09:00 AM in Las Cruces – 420 Mimbres Courtroom (North Tower) before District Judge Sarah M Davenport. [*Interpreter Needed*](arn) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/15/2025) |
| 09/24/2025 | 44 | NOTICE OF APPEAL (Interlocutory) by USA as to Komiljon Toirov re 37 Order. (Filing Fee – Waived) (Gardner, Grant) (Entered: 09/24/2025) |
| 09/24/2025 | 45 | Unopposed MOTION to Vacate *and Reset Jury Trial* by USA as to Komiljon Toirov. (Gardner, Grant) (Entered: 09/24/2025) |
| 09/25/2025 | 46 | Transmission of Preliminary Record as to Komiljon Toirov to US Court of Appeals re 44 Notice of Appeal – Interlocutory (Attachments: # 1 Preliminary Record)(nr) (Entered: 09/25/2025) |
| 09/25/2025 | 47 | USCA Information Letter with Case Number as to Komiljon Toirov 25–2109 for 44 Notice of Appeal – Interlocutory filed by USA. (nr) (Entered: 09/26/2025) |
| 10/03/2025 | 48 | ORDER by District Judge Sarah M Davenport Denying 45 Motion to Vacate and Reset Jury Trial as to Komiljon Toirov (1) (jjs) (Entered: 10/03/2025) |
| 10/07/2025 | 49 | NOTICE OF ATTORNEY APPEARANCE Paige Messec appearing for USA. (Messec, Paige) (Entered: 10/07/2025) |
| 10/08/2025 | 50 | Unopposed MOTION for Reconsideration re 48 Order on Motion to Vacate *October 20 Trial Setting* by USA as to Komiljon Toirov. (Messec, Paige) (Entered: 10/08/2025) |
| 10/08/2025 | | Attorney update in case as to Komiljon Toirov. Attorney Paige Messec for USA added. (arn) (Entered: 10/08/2025) |
| 10/08/2025 | 51 | ORDER by District Judge Sarah M Davenport granting 50 Unopposed MOTION for Reconsideration re 48 Order on Motion to Vacate October 20 Trial Setting by USA as to Komiljon Toirov (1) (jn) (Entered: 10/08/2025) |
| 10/09/2025 | | Attorney update in case as to Komiljon Toirov. Attorney Paige Messec for USA added. (jjs) (Entered: 10/09/2025) |
| 10/09/2025 | 52 | ORDER OF USCA appointing Amanda Skinner as counsel for defendant as to Komiljon Toirov re 44 Notice of Appeal – Interlocutory (Attachments: # 1 Appointment Letter)(ac) (Entered: 10/09/2025) |
| 12/05/2025 | 53 | ORDER OF USCA as to Komiljon Toirov re 44 Notice of Appeal – Interlocutory: Court of Appeals affirms the district court's releaseorder. We grant the government's motion for leave to file a reply brief (Attachments: # 1 Order and Judgment)(jn) (Entered: 12/05/2025) |
| 12/09/2025 | 54 | NOTICE OF HEARING as to Komiljon Toirov: Status Conference set for 12/10/2025 at 10:45 AM in Las Cruces – 420 Mimbres Courtroom (North Tower) before District Judge Sarah M Davenport. (arn) |

| | | |
|---|---|---|
| | | [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 12/09/2025) |
| 12/10/2025 | 55 | Clerk's Minutes for proceedings held before District Judge Sarah M Davenport: Status Conference as to Komiljon Toirov held on 12/10/2025 (Court Reporter: Fatima Sanchez) (jjs) (Entered: 12/10/2025) |
| 01/12/2026 | 56 | MANDATE of USCA as to Komiljon Toirov re 44 Notice of Appeal – Interlocutory. District Court release order is affirmed. (Attachments: # 1 Order and Judgment)(jn) (Entered: 01/12/2026) |
| 01/12/2026 | 58 | SCHEDULING ORDER by District Judge Sarah M Davenport as to Komiljon Toirov (jn) (Entered: 01/13/2026) |
| 01/13/2026 | 57 | NOTICE OF HEARING as to Komiljon Toirov: Jury Selection/Trial set for 1/29/2026 at 09:00 AM in Las Cruces – 420 Mimbres Courtroom (North Tower) before District Judge Sarah M Davenport. **COUNSEL ARE ASKED TO BE IN THE COURTROOM AND READY TO PROCEED BY 8:15 AM TO ADDRESS ANY FINAL TRIAL MATTERS.** [*Interpreter Needed*](arn)<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/13/2026) |
| 01/15/2026 | 59 | NOTICE *NOTICE OF WITHDRAW AS ATTORNEY* by USA as to Komiljon Toirov (Gardner, Grant) (Entered: 01/15/2026) |
| 01/15/2026 | 60 | MINUTE ORDER, pursuant to the direction of District Judge Sarah M Davenport, as to Komiljon Toirov. Waiver of Jury Trial must be filed no later than noon on 1/20/2026 (arn)<br>[THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/15/2026) |
| 01/16/2026 | | Attorney update in case as to Komiljon Toirov. Attorney Paige Messec terminated. (jjs) (Entered: 01/16/2026) |
| 01/20/2026 | 61 | Unopposed MOTION to Extend (other) *UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES* by USA as to Komiljon Toirov. (Gardner, Grant) (Entered: 01/20/2026) |
| 01/21/2026 | 62 | AMENDED SCHEDULING ORDER as to Komiljon Toirov by District Judge Sarah M Davenport (arn) (Entered: 01/21/2026) |
| 01/21/2026 | 63 | Unopposed MOTION to Dismiss *COUNTS 2 AND 3 OF THE INFORMATION* by USA as to Komiljon Toirov. (Gardner, Grant) (Entered: 01/21/2026) |
| 01/21/2026 | 64 | ORDER by District Judge Sarah M Davenport granting 63 Unopposed MOTION to Dismiss COUNTS 2 AND 3 OF THE INFORMATION by USA as to Komiljon Toirov (1) (jn) (Entered: 01/21/2026) |
| 02/18/2026 | 65 | NOTICE OF APPEAL by USA as to Komiljon Toirov (Filing Fee – Waived) (Gardner, Grant) (Entered: 02/18/2026) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 25-CR-1801 SMD |
| | ) | |
| KOMILJON TOIROV, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DISMISSING COUNTS 2 AND 3 OF THE INFORMATION**

This Court, having reviewed the United States' Unopposed Motion to Dismiss Counts 2 and 3 of the Information (Doc. 63), finds that the motion is well-taken.

**IT IS THEREFORE ORDERED** that the motion (Doc. 63) is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts 2 and 3 of the Information (Doc. 6) are **DISMISSED WITHOUT PREJUDICE**.

In granting this Order, the Court does not adopt the United States' interpretation that the Court's prior commentary on the elements in this case is a final Order subject to appeal.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 No. 2:25-cr-1801-SMD

KOMILJON TOIROV,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Tenth Circuit, under 18 U.S.C. § 3731, from the Order Dismissing Counts 2 and 3 of the Information, entered on January 21, 2026 (Doc. 64).

                                                  Respectfully submitted,

                                                  TODD BLANCHE
                                                  Deputy Attorney General

                                                  RYAN ELLISON
                                                  First Assistant United States Attorney

                                                  */s/ Grant B. Gardner*
                                                  GRANT B. GARDNER
                                                  Assistant United States Attorney
                                                  200 North Church Street
                                                  Las Cruces, New Mexico 88001

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 18, 2026, I filed the foregoing through the CM/ECF system, which is designed to cause counsel of record for the Defendant to be served by electronic means.

                                              */s/ Grant B. Gardner*
                                              GRANT B. GARDNER
                                              Assistant United States Attorney

DNM 12